# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| Plaintiff, | ) | 8:15CR194 |
| vs. | ) | ORDER |
| **MARCUS DEON COTY,** | ) | |
| Defendant. | ) | |

This matter is before the court on the motion of defendant Marcus Deon Coty (Coty) for release from detention (Filing No. 25). Coty is charged in the Indictment with the possession of a firearm and ammunition after having been convicted of a felony. The offenses were allegedly committed while Coty was on Supervised Release (8:06CR91). Coty has violated the conditions of his supervised release before this incident. Coty's motion for release is denied.

**IT IS SO ORDERED.**

DATED this 28th day of September, 2015.

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge